No. 90–1676. GADE, DIRECTOR, ILLINOIS ENVIRONMENTAL PROTECTION AGENCY v. NATIONAL SOLID WASTES MANAGEMENT ASSN. C. A. 7th Cir. [Certiorari granted, *ante*, p. 1012.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 90–1912. NORDLINGER v. HAHN, IN HIS CAPACITY AS TAX ASSESSOR FOR LOS ANGELES COUNTY, ET AL. Ct. App. Cal., 2d App. Dist. [Certiorari granted, *ante*, p. 807.] Motion of Howard Jarvis Taxpayers Association et al. for leave to participate in oral argument as *amici curiae,* for divided argument, and for additional time for oral argument denied.

No. 91–122. PFZ PROPERTIES, INC. v. RODRIGUEZ ET AL. C. A. 1st Cir. [Certiorari granted, *ante*, p. 956.] Motion of National Association of Home Builders for leave to file a brief as *amicus curiae* granted.

No. 91–372. GEORGIA v. MCCOLLUM ET AL. Sup. Ct. Ga. [Certiorari granted, *ante*, p. 937.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–1918. KRAFT GENERAL FOODS, INC. v. IOWA DEPARTMENT OF REVENUE AND FINANCE. Sup. Ct. Iowa. Certiorari granted.

No. 91–872. UNITED STATES v. SALERNO ET AL. C. A. 2d Cir. Certiorari granted.